Eugene G. Iredale, SBN: 75292
Julia Yoo, SBN: 231163
Grace June, SBN: 287973
IREDALE and YOO, APC
email: egiredale@yahoo.com
105 West F Street, 4th Floor
San Diego, CA 92101
TEL: (619) 233-1525

Richard M. Barnett, SBN: 65132
email: richardmbarnett@gmail.com
105 West F Street, 4th Floor
San Diego, CA 92101
TEL: (619) 231-1182

Attorneys for Plaintiff
DENNESTY DAWKINS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DENNESTY DAWKINS, <br><br> Plaintiff, <br><br> vs. <br><br> EVELYN CASTRO GREENSPAN, M.D., AND DOES 1-50 INCLUSIVE, <br><br> UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. LA CV-14-7269-PA(RZx) <br><br> **PLAINTIFF DENNESTY DAWKIN'S WITNESS LIST** <br><br> Pretrial Conf.: March 18, 2016 <br> Time:   1:30 p.m. <br><br> Honorable Percy Anderson |

Pursuant to Local Rule 16-5, Plaintiff Dennesty Dawkins submits the following witness list, listing witnesses it anticipates calling at trial in the above-entitled action, other than witnesses to be used soley for impeachment.

1.     Dennesty Dawkins

Dennesty Dawkins is the plaintiff in this action.  He is anticipated to testify as to the events leading up to his blindness in one eye, the course of treatment he received while in the custody of the Bureau of Prisons, and the damages he has suffered as the result of his loss of sight in his eye.  His direct testimony is expected

1    to take 2 hours, and he will testify in person.

2         2.    Dr. Evelyn Castro-Greenspan, Clinical Director of FCI Terminal Island

Dr. Castro-Greenspan is employed by the Bureau of Prisons as the Clinical Director at the Federal Correctional Institute ("FCI") at Terminal Island, California. She was Plaintiff;'s primary care physician from May 1, 2012 to May 5, 2015.  She is anticipated to testify as to her duties as Mr. Dawkin's medical provider, her professional obligations to Mr. Dawkins, and her conduct in providing/failing to provide treatment to Mr. Dawkins.  Her direct testimony is expected to take 2 hours, and she will testify in person.

     3.    Dr. John Bokosky, M.D., ophthalmologist (expert)

Dr. John Bokosky is a practicing ophthalmologist retained by Plaintiff Dennesty Dawkins.  He is anticipated to testify on the subjects addressed in his Rule 26 report, including, but not limited to the applicable standard of care, negligence, causation and damages.  His direct testimony is expected to take 2 hours, and he will testify in person.

     4.    Dr. Behnush Mortimer, Ph.D., vocational rehabilitation (expert)

Dr. Mortimer is a vocational rehabilitation counselor and consultant retained by Plaintiff Dennesty Dawkins.  She is anticipated to testify on the subjects addressed in her Rule 26 report, including, but not limited to the effect of the loss of Mr. Dawkin's eyesight in one eye on work opportunities and diminution of earning capacity. Her direct testimony is expected to take 1 hour, and she will testify in person.

     5.    Robert A. Taylor, economist

Mr. Taylor is an economist retained by Plaintiff Dennesty Dawkins.  He is anticipated to testify on the subjects addressed in his Rule 26 report, including, but not limited to the economic damages resulting from the loss of Mr. Dawkin's eyesight in his eye.  His direct testimony is expected to take 1hour, and he will testify in person.

6. Custodian of Record, U.S. Bureau of Prisons

If the government refuses to stipulate that the medical records of plaintiff Dennesty Dawkins they produced in dicovery and represented to be the complete Bureau of Prisons medical file on Dennesty Dawkins is in fact what they represented it to be, plaintiff will call a custodian of records from the Bureau of Prisons.

Dated: March 5, 2016

                        /s/ EUGENE G. IREDALE
                        EUGENE G. IREDALE
                        RICHARD M. BARNETT

                        Attorneys for Plaintiff
                        DENNESTY DAWKINS